LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY 045712
MICHAEL S. DANKO 111359
STEPHEN J. PURTILL 100102
KRISTINE K. MEREDITH 158243
SCOTT D. PEEBLES 227493
MARY BETH O'CONNOR 228591
OF COUNSEL
GARY L. SIMMS 096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
March 4, 2008

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN Re:<br>DEEP VEIN THROMBOSIS | MDL Docket No. 04-1606 VRW |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *Hanschu v. American Airlines, Inc.*;<br>Case No. C03-3849 VRW | |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: JANUARY 24, 2008

_____
Trudy Hanschu

-1-
STIPULATION TO DISMISSAL

1  Dated: ~~December ___, 2007~~ JANUARY 24, 2008

2  *[signature]*
   Larry Hanschu

4  Dated: ~~December~~ 2/14, ~~2007~~ 2008

   O'REILLY & DANKO

   By *[signature]*
   Michael S. Danko
   Attorneys for Plaintiffs Hanschu

   KENNEY & MARKOWITZ LLP

10 Dated: December ___, 2007

   By _____
   Stephen C. Kenney
   Attys. for American Airlines, Inc.

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
STIPULATION TO DISMISSAL

Dated: December ___, 2007

_____
Larry Hanschu

Dated: December ___, 2007

O'REILLY & DANKO

By _____
Michael S. Danko
Attorneys for Plaintiffs Hanschu

KENNEY & MARKOWITZ LLP

Dated: February 25, 2008

By _____
Samantha Davies Hilton, Esq.
Attys. for American Airlines, Inc.

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 160
SAN MATEO, CA 94403
TELEPHONE (650) 758-9900

-2-
STIPULATION TO DISMISSAL
*Hanschu v. American Airlines, Inc*